# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **HERMINIA SOSA,** on behalf of herself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) |
| Plaintiff | ) No. 17 cv 6423 ) ) |
| v. | ) **Magistrate Judge Cox** ) (By Consent) ) |
| **TERMAX CORPORATION** | ) ) |
| Defendant | ) |

### PARTIES' JOINT MOTION FOR FINAL APPROVAL OF THE PARTIES' STIPULATION AND AGREEMENT TO SETTLE CLASS ACTION CLAIMS AND AWARD OF ATTORNEYS' FEES AND COSTS

NOW COMES Plaintiff, **HERMINIA SOSA ("PLAINTIFF"** or **"NAMED PLAINTIFF"),** on behalf of herself and all others similarly situated ("Plaintiffs," the "Class" or "Class Members"), with the agreement of Defendant ("Defendant" or "**TERMAX**") (collectively the "Parties"), and hereby moves this Court for a final order approving the Parties' Joint Stipulation of Settlement and Agreement to Settle Class Action Claims, and in support thereof states as follows:

1. The Parties hereby move this Court for Final Approval of their Stipulation and Agreement to Settle Class Action Claims And Award of Attorney's Fees and Costs.

2. In support thereof, the Parties have filed concurrent herewith their Memorandum of Law In Support.

WHEREFORE, the Parties respectfully request this Court to enter: (1) an **ORDER OF FINAL APPROVAL** of the Settlement (2) an order certifying the Class for settlement purposes, (3) an order granting distribution of the settlement funds according to the terms of Parties' Settlement Agreement (See draft copy of Proposed Order which is attached to the Memorandum

of Law In Support as Exhibit 4); and (4) any other relief that the Court deems appropriate.

        Respectfully Submitted,

        ***Electronically Filed 03/25/2019***

        <u>/s John W. Billhorn</u>
        John W. Billhorn

        BILLHORN LAW FIRM
        53 W. Jackson Blvd., Suite 840
        Chicago, IL, 60604
        (312) 853-1450

        One of the Attorneys For Plaintiffs

        With the agreement of:

        <u>s/ Antonio Caldaron (by permission)</u>
        Antonio Caldarone

        LANER MUCHIN, LTD.
        515 North State Street, Suite 2800
        Chicago, IL 60654
        (312) 467-9800

        Attorney for Defendant