UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Herminia Sosa

          Plaintiff,

v.                                              Case No.: 1:17−cv−06423
                                                  Honorable Susan E. Cox

Termax Corporation

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 10, 2019:

      MINUTE entry before the Honorable Susan E. Cox: Fairness hearing held. Counsel reported no objections received. As stated on the record, the Court finds the class settlement to be fair and reasonable and will enter Order granting the parties' joint motion for final approval of their stipulation and agreement to settle class action claims [54]. All matters having been concluded, the instant action is hereby dismissed pursuant to settlement. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.